Farmers and Merchants State Bank of Forrest, Illinois, appellee, v. M. B. Wells (Bridgeport State Bank, appellant). Gen. No. 7,251.

Assumpsit and attachment in aid, levied on shares in plaintiff bank. Judgment for plaintiff with special execution. Motion to vacate judgment and for leave to intervene by defendant bank. Motion denied. Appeal from the Circuit Court of Livingston county; the Hon. Frank Lindley, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opiinon filed January 7, 1924.

Stone & Dick, for appellant. Adsit, Thompson & Herr, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Morris Kipnis, plaintiff in error. Gen. No. 7,254.

Indictment for unlawfully possessing, furnishing and selling intoxicating liquor. Found guilty of possessing and furnishing. Fine of $250 on each count. Error to the Circuit Court of Carroll county; the Hon. Franklin J. Stransky, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 7, 1924.

J. D. Turnbaugh and R. M. Eaton, for plaintiff in error. John R. Connell, State's Attorney, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

---

Kidwell Garage Company, appellant, v. Lulu Huntington, appellee. Gen. No. 7,257.

Suit for damages for destruction of gasoline pump, concrete pit and resultant loss of profits from sale of gasoline. Judgment for $50. Appeal from the Circuit Court of DuPage county; the Hon. William J. Fulton, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 7, 1924.

G. H. Bunge, for appellant. Rosenstone, Shanesy & Lodwick, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

S. & H. Motors Company, appellee, v. Al. S. Voight and Reed Voight, trading as Voight Brothers, a copartnership, appellants. Gen. No. 7,282.

Forcible entry and detainer. Judgment for defendants for costs. Appeal from the County Court of Will county; the Hon. George J. Cowing, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 7, 1924.

C. D. Dibell, for appellants; J. W. Downey, of counsel. Donovan, Bray & Gray, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

In re Estate of Michael Harrigan, deceased.

Kalista Moobery et al., appellees, v. Christopher Harrigan et al., appellants. Gen. No. 7,222.

Petition for recovery of $127.25 erroneously paid to administrator of estate. Judgment for petitioners. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at April term, 1923. Affirmed. Opinion filed January 7, 1924.